**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **YOANDRY HERNANDEZ RODRIGUEZ** **#A240366355** | **CASE NO.  2:26-CV-00492 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DIRECTOR NORTHWEST ICE PROCESSING CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**<ins>TRANSFER ORDER</ins>**

Considering the transfer to this Court of the above-captioned action on February 18, 2026, formerly Case No. 2:26-cv-00566, United States District Court, Western District of Washington,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

       (1)     File an Application to Practice in this Court;

       (2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

       (3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this ____19th____ day of ____February____, 2026.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge