**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**YOANDRY HERNANDEZ RODRIGUEZ**          **CIVIL ACTION NO. 26-CV-00492**

**VERSUS**                                                    **DISTRICT JUDGE JOSEPH**

**DIRECTOR NW ICE PROCESSING**
**CENTER**                                        **MAGISTRATE JUDGE PEREZ MONTES**

**ORDER**

Considering the foregoing Motion to Substitute Counsel of Record filed on behalf of Federal Respondents, and good cause having been shown,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that Shannon Smitherman, Assistant United States Attorney, Western District of Louisiana, is substituted as counsel of record in place of Michelle Lambert, Assistant United States Attorney, Southern District of Washington, on behalf of Federal Respondents, and that Michelle Lambert is terminated from ECF notices in this case.

**THUS DONE AND SIGNED** this __27th__ day of ___February___, 2026, at __Alexandria__, Louisiana.

_____
**UNITED STATES MAGISTRATE JUDGE**
JOSEPH H.L. PEREZ-MONTES