a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| YOANDRY HERNANDEZ RODRIGUEZ #A240-366-355, Petitioner | CIVIL DOCKET NO. 2:26-CV-00492 SEC P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DIRECTOR NORTHWEST ICE PROCESSING CENTER, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court are Emergency Motions for Expedited Consideration (ECF No. 2) and to Prohibit Transfer (ECF No. 3) filed by pro se Petitioner Yoandry Hernandez Rodriguez ("Hernandez Rodriguez"), an immigration detainee at Jackson Parish Correctional Center in Jonesboro, Louisiana. Hernandez Rodriguez seeks expedited consideration of his habeas Petition and an order prohibiting his transfer from the Northwest ICE Processing Center in Tacoma, Washington.

The Petition and Motions were filed in the United States District Court for the Western District of Washington, but transferred to this Court because Hernandez Rodriguez was detained in Jonesboro, Louisiana, at the time of filing. ECF Nos. 1, 2, 3, 7, 10. Since Hernandez Rodriguez was not in Washington when the Motion was filed, the request to prevent his transfer from the detention facility in Washington is moot.

1

Hernandez-Rodriguez also seeks expedited consideration of his Petition. A court may order a respondent to file an answer, motion, or other response, in its discretion. *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1]. And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Hernandez Rodriguez's.

Accordingly, IT IS ORDERED that the Motion to Expedite (ECF No. 2) is DENIED to the extent it seeks immediate release or priority consideration, but GRANTED such that expedited briefs will be ordered. An answer to the Petition must be filed within 21 days of this Order. Hernandez Rodriguez has seven days within which to file a reply.

IT IS FURTHER ORDERED that the Motion to Prevent Transfer from the Northwest ICE Processing Center in Washington (ECF No. 3) is DENIED as MOOT.

THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See Hickey v. Adler*, 2008 WL 835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

SIGNED on Monday, March 2, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

3