**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**YOANDRY HERNANDEZ RODRIGUEZ**          **CIVIL ACTION NO. 26-CV-00492**

**VERSUS**                                              **DISTRICT JUDGE JOSEPH**

**DIRECTOR NW ICE PROCESSING**
**CENTER**                                              **MAGISTRATE JUDGE PEREZ MONTES**

## ORDER

Considering the Motion for Extension of Deadline to Respond filed by the Federal Respondents:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted until ___April_____ ___13_____, 2026 to respond to the Petition for Writ of Habeas Corpus (ECF 1).

THUS, DONE AND SIGNED in ___Alexandria___, Louisiana, this 16 day of March 2026.

_____
UNITED STATES MAGISTRATE JUDGE
JOSEPH H.L. PEREZ-MONTES