**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **YOANDRY HERNANDEZ RODRIGUEZ** | **CIVIL CASE NO.  2:26-CV-00492** |
| | **SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DIRECTOR NORTHWEST ICE PROCESSING CENTER, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 21] of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the EMERGENCY MOTION TO PREVENT TRANSFER [Doc. 20] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 23rd day of April 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE