**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **YOANDRY HERNANDEZ RODRIGUEZ #A240-366-355** | **CASE NO.  2:26-CV-00492 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DIRECTOR NORTHWEST ICE PROCESSING CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 27] of the Magistrate Judge previously filed herein, and after an independent *de novo* review of the record including the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 31], concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 12th day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE